UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11082-GAO

LEHMAN BROTHERS HOLDINGS, INC.,
Plaintiff,

v.

1ST NEW ENGLAND MORTGAGE CORPORATION dba ABERDEEN MORTGAGE and FNE MORTGAGE,
Defendant.

ORDER
December 21, 2012

O'TOOLE, D.J.

After careful review of the parties' submissions, the Court declines to reconsider its Order (dkt. no. 60) of Summary Judgment for the plaintiff. In moving for reconsideration, the defendant offers nothing more than old arguments rehashed and new arguments that should have been made sooner. The defendant's Motion (dkt. no. 63) for Reconsideration is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge